IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ARTRICE D. HAUGABROOK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:10-cv-60 (HL) |
| VALDOSTA CITY SCHOOLS, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the Plaintiff's motion to lift the stay on discovery (Doc. 53). The motion is granted. The stay is lifted.

Discovery proceeded in this case for almost six months, but toward the close of discovery, the parties filed a joint motion to stay discovery and case deadlines (Doc. 50). The parties explained that the Plaintiff had yet to receive her right to sue notice complicating the ability of the parties to move along with the case. They indicated that further discovery would be necessary once Plaintiff received her right to sue notice.

The Court stayed discovery for forty-five days. The Plaintiff was ordered to file a written request to the Equal Opportunity Employment Commission ("EEOC") for a right to sue notice. The EEOC issued Plaintiff a right to sue notice on March 30, 2011. The Plaintiff filed her amended complaint and motion to lift the stay on April 12, 2011.

Since the Plaintiff received her right to sue notice and filed an amended complaint, the stay in this case is lifted. The parties are ordered to submit a proposed scheduling and discovery order to the Court no later than April 21, 2011. The parties should be aware that the Court is willing to consider only a limited period of further discovery.

**SO ORDERED**, this the 15th day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc